Dairy Directions, Inc.

P.O. Box 560
Monroe, WI 53566

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2006 | 1118 |

**Bill To**

L.O.L. - Animal Milk Products
M.S. #5550
P.O. Box 64281
St.Paul,MN. 55164-0281

**Ship To**

L.O.L.- Animal Milk Products
660 Creamery Ave.
Browerville, MN. 56438

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 395612 | Net 14 | PB | 9/28/2006 | Ottery | Browerville | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 20,480.52 | WPC-Cond. | WPC-Condensed<br>49,710 lbs. @ 41.2 % solids | 0.545 | 11,161.88 |

REC'D OCT 0 9 2006

Please remit to : Dairy Directions @ F.N.B.W.-101 North State, Waseca, MN. 56093  Attn: Judy Bartz

**Total**   $11,161.88

**EXHIBIT**

D