# Exhibit D

Sample Invoice



**Packerland Whey Products Inc.**
407 Fourth Street
Luxemburg WI 54217

Phone # 1-855-551-9439 or 1-920-845-5564

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/2/2012 | 11-8013 |

| Bill To |
|---------|
| LAND O LAKES<br>PO BOX 64102<br>ST PAUL, MN 55164-0102 |

| Ship To |
|---------|
| Brownsville<br>865475-1 |

| B/L Number | Terms | Due Date | Ship | Via |
|------------|-------|----------|------|-----|
| 12122 | Net 30 | 2/1/2012 | 1/2/2012 | DALE BRAEG |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 18,121.63 | WPC | Protein Sales W/SOLIDS 37.55% @ 48260 LBS | 1.29 | 23,376.90 |

4915 4054
XE

A service charge of 1.5% per month (18% per annum) will be added to all amounts past due

| | |
|---|---|
| **Total** | $23,376.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $23,376.90 |

LOL001615