

**Packerland Whey Products Inc.**
407 Fourth Street
Luxemburg WI 54217

Phone # 1-855-551-9439 or 1-920-845-5564

# Invoice

| Date | Invoice # |
|---|---|
| 1/2/2012 | 11-8013 |

**Bill To**
LAND O LAKES
PO BOX 64102
ST PAUL, MN 55164-0102

**Ship To**
Brownsville
865475-1

| B/L Number | Terms | Due Date | Ship | Via |
|---|---|---|---|---|
| 12122 | Net 30 | 2/1/2012 | 1/2/2012 | DALE BRAEG |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 18,121.63 | WPC | Protein Sales W/SOLIDS 37.55% @ 48260 LBS | 1.29 | 23,376.90 |

4915 4054
XE

A service charge of 1.5% per month (18% per annum) will be added to all amounts past due.

| | |
|---|---|
| **Total** | $23,376.90 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $23,376.90 |

Klein
DATE: 12/14/15
EXHIBIT NO: 27 RPTR: CB
BAY REPORTING SERVICE, INC.

**EXHIBIT**

**K**



*015486*

THIRY DAEMS CHEESE FACTORY, INC
N7223 CTY HWY A
LUXEMBURG, WI 54217

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/13/2007 | 5326 |

**BILL TO**
MSC
P O Box 278
Dundee IL 60118

*23/085*

*67636*

| P.O. NO. | TERMS | DUE DATE | SHIP VIA | FOB shipping point |
|---|---|---|---|---|
| 10315-5 | Net 10 | 7/23/2007 | OTTERY | Luxemburg WI |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| WPC | Protein Sales w/ Solids 41.90 %, Protein 35.6 % @ 51,540 | 21,595.26 | 1.385 | 29,909.44 |

*FAXED By: TK Date: 7/27/07*

Thank you for your business.

**Total** $29,909.44

Phone #

EXHIBIT
Bailie
35
TKD 1-5-16



**Packerland Whey Products Inc.**

407 Fourth Street
Luxemburg WI 54217

Toll Free: 1-800-551-2842
Fax: 920-845-2313

015486

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2008 | 08-2063 |

**Bill To**
MSC
P.O BOX 306
Boscabell, Wisconsin 53805

**Ship To**

| B/L Number | Terms | Due Date | Ship | Via |
|---|---|---|---|---|
| 14348-3 | Net 21 | 10/18/2008 | 9/27/2008 | PWP |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 18,742.24 | WPC | Protein Sales w/Solids @40.48%, Protein 34.6% @46,300lbs. | 0.37 | 6,934.63 |

ENTERED 247806

A service charge of 1.5% per month (18% per annum) will be added to all amounts past due.

| | |
|---|---|
| **Total** | $6,934.63 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,934.63 |



**Packerland Whey Products Inc.**
407 Fourth Street
Luxemburg WI 54217

Toll Free: 1-800-551-2842
Fax: 920-845-2313

015486

# Invoice

| Date | Invoice # |
|---|---|
| 12/10/2009 | 09-4055 |

| Bill To |
|---|
| MSC<br>P.O BOX 306<br>Boscobell, Wisconsin 53805 |

| Ship To |
|---|
| BOSCOBEL, WI |

| B / L Number | Terms | Due Date | Ship | Via |
|---|---|---|---|---|
| 5123 | Net 21 | 12/31/2009 | 12/10/2009 | PWP |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 16,351 | WPC | Protein Sales W/SOLIDS 39.40% @ 41500 LBS. | 0.5325 | 8,706.91 |

ENTERED 226646

RECEIVED DEC 17 2009

A service charge of 1.5% per month (18% per annum) will be added to all amounts past due.

By ____

| | |
|---|---|
| **Total** | $8,706.91 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,706.91 |



**Packerland Whey Products Inc.**
407 Fourth Street
Luxemburg WI 54217

Toll Free: 1-800-551-2842
Fax: 920-845-2313

# Invoice

| Date | Invoice # |
|---|---|
| 6/10/2010 | 10-4901 |

015486

| Bill To |
|---|
| MSC<br>P.O BOX 306<br>Boscobell, Wisconsin 53805 |

| Ship To |
|---|
| BOSCOBEL, WI |

| B / L Number | Terms | Due Date | Ship | Via |
|---|---|---|---|---|
| 6857 | Net 21 | 7/1/2010 | 6/10/2010 | PWP |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 21,573.82 | WPC | Protein Sales W/SOLIDS 41.14% @ 52440 LBS. | ~~.725~~ .7096 | ~~15,641.02~~ 15308.78 |

-2935.27

RECEIVED JUN 28 2010 By____

A service charge of 1.5% per month (18% per annum) will be added to all amounts past due.

| | |
|---|---|
| **Total** | $15,641.02 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15,641.02 |



Packerland Whey Products Inc.
407 Fourth Street
Luxemburg WI 54217

Toll Free: 1-800-551-2842
Fax: 920-845-2313

# Invoice

| Date | Invoice # |
|---|---|
| 1/19/2011 | 11-5964 |

| Bill To |
|---|
| MSC<br>P.O BOX 306<br>Boscobell, Wisconsin 53805 |

| Ship To |
|---|
| BOSCOBEL, WI |

| B / L Number | Terms | Due Date | Ship | Via |
|---|---|---|---|---|
| 10163 | Net 30 | 2/18/2011 | 1/19/2011 | PWP |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 22,706.97 | WPC | Protein Sales w/solids 43.55% @ 52140 lbs. | 0.81 | 18,392.65 |

A service charge of 1.5% per month (18% per annum) will be added to all amounts past due.

**Total**     $18,392.65

**Payments/Credits**     $0.00

**Balance Due**     $18,392.65



Packerland Whey Products Inc.
407 Fourth Street
Luxemburg WI 54217

Phone #   1-855-551-9439 or 1-920-845-5564

015486

# Invoice

| Date | Invoice # |
|---|---|
| 2/17/2012 | 12-8281 |

| Bill To | Ship To |
|---|---|
| MSG<br>P.O BOX 306<br>Boscobell, Wisconsin 53805 | BOSCOBEL, WI |

| B / L Number | Terms | Due Date | Ship | Via |
|---|---|---|---|---|
| 12763 | Net 21 | 3/9/2012 | 2/17/2012 | PWP |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 20,881.37 | WPC | Protein Sales w/solids 41.88% @ 49860 lbs. | 1.3175 | 27,511.20 |



RECEIVED FEB 22 2012

ENTERED 354786

A service charge of 1.5% per month (18% per annum) will be added to all amounts past due.

| | |
|---|---|
| **Total** | $27,511.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $27,511.20 |